# CASE ANNOUNCEMENTS
## *July 2, 2010*

[Cite as *07/02/2010 Case Announcements*, 2010-Ohio-3095.]

## MISCELLANEOUS DISMISSALS

2007–2048.   **State ex rel. Sunoco, Inc. v. Robey.**
Franklin App. No. 06AP–361. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
## *July 6, 2010*

[Cite as *07/06/2010 Case Announcements*, 2010-Ohio-3130.]

## MISCELLANEOUS DISMISSALS

2010–0385.   **State ex rel. Whirlpool Corp. v. Indus. Comm.**
Franklin App. No. 09AP–380, 2010-Ohio-255. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–0896.   **Cincinnati Golf Mgt., Inc. v. Levin.**
Board of Tax Appeals, No. 2007–M–1411.